**Date of Arrest: 07/25**

# United States District Court
## DISTRICT OF ARIZONA

| UNITED STATES OF AMERICA, Plaintiff, Vs. Martin Edel PERAZA-Perez AKA: None Known 087524035 YOB: 1988 Citizen of: Mexico  Defendant | Magistrate Case No. **22-02233MJ** COMPLAINT FOR VIOLATION OF Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Re-Entry After Removal), Felony |
|---|---|

The undersigned complainant being duly sworn states:

### COUNT 1

That on or about July 25, 2022 Defendant Martin Edel PERAZA-Perez, an alien, was found in the United States at or near Dateland, Arizona, within the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States to Mexico through the port of Nogales, Arizona, on or about April 16, 2013. The Secretary of the Department of Homeland Security not theretofore having consented to any reapplication by the Defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326(a), enhanced by (b)(1) (Felony).

And the complainant further states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Case reviewed by AUSA *John Ballos* case will assigned to Tim Courchaine

*Anastasiya Katekhina*
Signature of Complainant

Jared Lasley
Border Patrol Agent

Sworn to before me and subscribed telephonically,

July 27, 2022    at    Yuma, Arizona
Date                      City and State

James F. Metcalf, United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

UNITED STATES OF AMERICA,

Vs.

Martin Edel PERAZA-Perez
AKA: None Known
087524035

## STATEMENT OF FACTUAL BASIS

The complainant states that this complaint is based upon the statements of the apprehending officers, that the Defendant was found and arrested on or about July 25, 2022, near Dateland, Arizona. Questioning of the Defendant by agents revealed that the Defendant is a citizen of Mexico and not in possession of valid documents allowing him to enter or remain in the United States.

By questioning the Defendant and through record checks, agents determined the Defendant was first ordered removed at or near Lukeville, Arizona on or about June 15, 2009. The Defendant has been removed on three previous occasions. The Defendant was most recently removed on or about April 16, 2013, through the port of Nogales, Arizona, subsequent to a conviction in a Superior Court, State of Arizona, County of Maricopa, on or about March 20, 2013, for the crime of Marijuana - Transport and/or Sell, a felony.

Agents determined that on or about July 23, 2022, the Defendant re-entered the United States without the Secretary of the Department of Homeland Security having consented to reapplication by the Defendant for admission into the United States.

To the best of my knowledge and belief, the following is a list of Border Patrol law enforcement personnel present during interviews, statements and questioning of the Defendant in this matter from initial contact through the writing of this document: BPA's John Hogan, Kevin Guerra, and Luis Rivera-Novales.

To the best of my knowledge and belief, the following is a list of all Border Patrol law enforcement personnel not already mentioned above who were present and/or took part in other parts of this investigation (e.g., arrest, search, proactive investigation, surveillance, etc) from initial field contact through the writing of this document: BPA Derrick Soule.

_Anastasiya Katekhina_
Signature of Complainant

Sworn to before me and subscribed telephonically,

July 27, 2022
Date

Signature of Judicial Officer